Guy B. Wallace, State Bar No. 176151
gwallace@schneiderwallace.com
Mark T. Johnson, State Bar No. 76904
mjohnson@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100; Fax: (415) 421-7105

PAULA D. PEARLMAN (SBN 109038)
Paula.Pearlman@lls.edu
SHAWNA L. PARKS (SBN 208301)
Shawna.Parks@lls.edu
SURISA E. RIVERS (SBN 250868)
Surisa.Rivers@lls.edu
DISABILITY RIGHTS LEGAL CENTER
800 South Figueroa Street, Suite 1120
Los Angeles, California 90017
Telephone: (213) 736-1031
Facsimile: (213) 736-1428

Attorneys for Plaintiffs and Proposed Class

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, JUDY GRIFFIN, BRENT PIILGREEN, and CALIF, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a public entity, et al.,<br>Defendants. | Case No: CV 10-05782 CBM (RZx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL FURTHER RULE 30(b)(6) DEPOSITION TESTIMONY RE ESI AND DOCUMENT PRESERVATION**<br><br>Hearing date: March 5, 2012<br>Time: 10:00 a.m.<br>Court: 540<br><br>Discovery Cutoff date: April 30, 2012<br>Pretrial Conference date: October 1, 2012<br>Trial date: November 13, 2012 |

PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL FURTHER RULE 30(B)(6) DEPOSITION TESTIMONY RE ESI AND DOCUMENT PRESERVATION
*WILLITS ET AL. V. CITY OF LOS ANGELES, ET AL.*, CASE NO. CV 10-05782 CBM (RZX)

SCHNEIDER WALLACE
COTTRELL BRAYTON
KONECKY LLP

**NOTICE OF WITHDRAWAL OF MOTION TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, by agreement of the parties and subject to Court approval, Plaintiffs hereby withdraw their Amended Notice of Motion (Doc. No. 99), the Joint Stipulation Re: Plaintiffs' Motion to Compel Further 30(B)(6) Deposition Testimony Re: ESI; Request For Attorneys' Fees (Doc. No. 95); and the Declaration of Mark T. Johnson filed January 30, 2012 (Doc. No. 96).

Accordingly, Plaintiffs request that the hearing currently noticed for March 5, 2012 at 10:00 a.m. be taken off-calendar.

Dated: February 24, 2012         SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

By: _____/s/ Mark T. Johnson_____
 Mark T. Johnson
 Attorneys for Plaintiffs
 MARK WILLITS, et al.

PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL FURTHER RULE 30(B)(6) DEPOSITION TESTIMONY RE ESI AND DOCUMENT PRESERVATION
*WILLITS ET AL. V. CITY OF LOS ANGELES, ET AL.*, CASE NO. CV 10-05782 CBM (RZx)
1

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP