UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-5782-CBM-RZ (SSx) | Date | February 3, 2016 |
|---|---|---|---|

| Title | *Mark Willits et al. v. City of Los Angeles et al.* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**     **IN CHAMBERS- NOTICE TO ALL PARTIES OF COURT ORDER**

The matter before the Court is the parties' Joint Motion For Preliminary Approval of Settlement Agreement (the "Motion"). (Dkt. No. 348.) The Motion is set for hearing on February 9, 2016, at 10:00 a.m.

The Court orders as follows:

(1) The Court's class certification order (Dkt. No. 59) was decided prior to *Wal-Mart Stores, Inc. v. Dukes*, wherein the Supreme Court stated that "Rule 23 does not set forth a mere pleading standard. A party seeking class certification must affirmatively demonstrate his compliance with the Rule—that is, he must be prepared to prove that there are *in fact* sufficiently numerous parties, common questions of law or fact, etc." 131 S.Ct. 2541, 2551 (2011). The parties shall be prepared to discuss at the hearing how the Rule 23 standard set forth in *Dukes* is met for purposes of the Motion.

(2) The parties request that the Court issue findings (Motion at 12:7-20), but offer no evidence in support of those findings. The parties shall file evidence in support of the requested findings **no later than February 5, 2016**.

(3) The parties shall be prepared to discuss/cite to legal authority in support of the no opt-out provision of the Settlement Agreement at the hearing.

(4) The parties shall be prepared to discuss at the hearing whether the proposed service awards should be adjusted for each class representative based on time spent, degree of risk (financial or otherwise), or any other consideration.

**IT IS SO ORDERED.**

|  | 00 | : |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk   YS |