# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, JUDY GRIFFIN, BRENT PILGREEN, and COMMUNITIES ACTIVELY LIVING INDEPENDENT & FREE ("CALIF"), on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a public entity,<br><br>　　　　Defendant. | Case No.: CV 10-05782 CBM (RZx)<br><br>**JUDGMENT**<br><br>[JS-6] |

The Court hereby enters final judgment in this action as between Plaintiffs and the Class and Defendant City of Los Angeles (the "City"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

(1) All Released Claims of Plaintiffs and the Class are hereby released as against the City and its Related Entities as defined in the Settlement Agreement;

(2) Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over Plaintiffs, the Settlement Class

members, the City, and the Settlement Agreement throughout the term of the Settlement Agreement, for the sole purpose of supervising the implementation, enforcement, construction, and interpretation of the Settlement Agreement;

(3) This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's orders;

(4) This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a); and

(5) The Court finds that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

DATED: August 25, 2016.

_____
Honorable Consuelo B. Marshall
United States District Judge