# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Willits, et al.

v.                              Case Number: CV 10-05782 CBM (RZx)

City of Los Angeles

Judgment was entered in this action on __N/A__ (Date) / __0__ (Docket No.) against City of Los Angeles.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount | (Prior) |
|---|---|---|
| Filing fees: see L.R. 54-3.1 — Filing fees paid to the Clerk of the Central District only | $576.00 | ~~$6,576.88~~ |
| Fees for service of process: see L.R. 54-3.2 | | $1,188.25 |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4 — No Court Order/Stipulation provided | $0.00 | ~~$3,647.31~~ |
| Depositions: see L.R. 54-3.5 — Less Schneider expedited delivery fees, less DRLC expedited/rush fees, and less DRLC duplicate bill for Olive deposition | $50,124.02 | ~~$53,877.02~~ |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | $2,067.50 |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | $47,703.94 |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10. Less charge for purchase of water | $2,341.02 | ~~$2,342.79~~ |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order) — No Court Order provided | $0.00 | ~~$6,075.00~~ |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$104,000.73** | ~~$123,478.69~~ |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other

_Signature_                                Guy B. Wallace
                                           Print Name

Attorney for: Mark Willits et al.

Costs are taxed in the amount of $104,000.73.

Kiry K. Gray                 By: Jeanne C. Wanlass          May 3, 2019
Clerk of Court                   Deputy Clerk Jeanne C. Wanlass    Date